FILED
98 FEB 12 AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BECKY BLANKENSHIP, )
)
    Plaintiff, )
)
vs ) CIVIL ACTION NO. 97-N-2865-S
)
)
NTW INCORPORATED d/b/a NTB, )
NATIONAL TIRE AND BATTERY, )
)
    Defendant. )

ENTERED
FEB 12 1998

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation that the plaintiff's motion to remand this cause to the Circuit Court for Shelby County be granted. It was also recommended that the court order that the plaintiff be judicially estopped from seeking damages in excess of $74,000.00, including attorney's fees, interest, and costs. Within the time allowed for filing objections, the only defendant, NTW, Incorporated, filed a written response stating that it had no objections to the remand, but desires the court to order that the plaintiff is judicially estopped from seeking damages in excess of $74,000.00, inclusive of attorney's fees, interest, and costs.

    The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. There is the additional fact that the defendant does not object to the recommendation that this action be remanded.

    Wherefore, the court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, and in accord with the defendant's statement that it does not object, the plaintiff's motion for remand is due to be granted and this action is due to be

11

remanded to the Circuit Court for Shelby County, Alabama, and, further, the plaintiff is due to be estopped from seeking damages totaling in excess of $74,000, inclusive of attorney's fees, interest, and costs. An appropriate order will be entered.

DONE, this __11th__ day of February, 1998.

EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE